UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-22281-CIV-COOKE/GOODMAN

AQUARIUS AQUA USA, INC.,

    Plaintiff,

v.

M/Y VOGUE/JIMBO, et al.,

    Defendants.

_____/

**POST-EVIDENTIARY HEARING ADMINISTRATIVE ORDER**

On July 21, 2020, the Undersigned held a Zoom video evidentiary hearing on Plaintiff Aquarius Aqua USA, Inc.'s Motion for Arrest of *In Rem* Defendant-Vessel, M/Y VOGUE/JIMBO. [ECF Nos. 4; 18]. At the hearing, the Undersigned **ordered** as follows:

1. The Undersigned defers ruling on the Motion pending supplemental submissions following Court-authorized and expedited discovery, as detailed on the record during the hearing.

2. Once Plaintiff obtains the additional information through the tailored, permissible discovery prescribed during the hearing, the parties will jointly inform the Undersigned whether they think another hearing is necessary, or if the Undersigned may rule on the updated papers.

3. The Undersigned denies Defendant Marine Custom Hardware Inc.'s

requests to expedite the discovery (discovery other than what the Undersigned prescribed during the hearing) and to obtain a ruling on Defendant Stergios's jurisdictional arguments before permitting this modest discovery to go forward.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on July 21, 2020.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
All counsel of record
The Honorable Marcia G. Cooke