UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

AQUARIUS AQUA USA, INC., a Delaware corporation,

    Plaintiff,

vs.

M/Y VOGUE/JIMBO, a Sunseeker 64", its engines, equipment, boats, tackle, apparel, furniture, art, appurtenances, cables, etc., in rem, & PETHO AXEL, an individual; AUGUSTUS I. STERGIOS, an individual; MARINE CONSULTING INC., a New York corporation; MARINE CUSTOM HARDWARE INC., a Florida corporation; MARINE CONSULTING FLOOR PLAN HOLDING LLC, a Florida limited liability company; RICK OBEY, an individual; and SPECIALIZED NAUTICAL SERVICES, INC., a Florida corporation, *in personam,*

    Defendants.
_____/

MARINE CONSULTING, INC.,

    Cross-Plaintiff,

vs.

AUGUSTUS I. STERGIOS, an individual,

    Cross-Defendant.
_____/

IN ADMIRALTY

Civ. Case No. l:20-cv-22281-MGC

## **JOINT STATUS REPORT**

Plaintiff, AQUARIUS AQUA USA, INC. ("Aquarius"), Defendant, AUGUSTUS J. STERGIOS ("Stergios"), and Defendant, MARINE CUSTOM HARDWARE, INC. ("MCH"), MARINE CONSULTING, INC. ("MCI") hereby file their Joint Status Report as required by the Court's Paperless Order of January 11, 2021 (Doc. #42), as follows:

1

Civ. Case No. l:20-cv-22281-MGC

1.	The parties have been engaging in discovery by serving on each other requests for production of documents and interrogatories.  Thus far the parties have been able to resolve any objections amongst themselves without the need for Court intervention.

2.	Defendant, AUGUSTUS J. STERGIOS, agreed to accept service related to the Complaint filed June 2, 2020 [Doc. #1] and to the Crossclaim filed against him by Defendant, MARINE CONSULTING, INC. on September 14, 2020 [Doc. #33], and will file responses to the same by January 22, 2021.

3.	The parties submitted a Joint Scheduling Report on November 23, 2020 [Doc. #40], which included proposed deadlines agreed to by the parties, which remains pending for the Court's scheduling order.

4.	The parties have requested a final pre-trial conference in late April 2021.

**SAUL EWING ARNSTEIN & LEHR LLP**
701 Brickell Ave, 17th Floor
Miami, Florida 33131-2395
Telephone: (305) 428-4500
Email: Javier.Rodriguez@saul.com

*/s/ Javier J. Rodriguez*

Javier J. Rodriguez
Florida Bar No. 827347

*Attorney for Aquarius*

**WAGNER LEGAL**
3050 Biscayne Blvd., Ste. 904
Miami, FL 33301
Tel: (305) 439-3005
sw@wagnerlegalco.com

*/s/ Scott A. Wagner*

Scott A. Wagner
Florida Bar No. 10244

*Attorney for Defendant Stergios*

**LAW OFFICE OF ROBERT E. GOLDMAN**
1 East Broward Blvd., Ste. 700
Fort Lauderdale, FL 33301
Tel: (954) 745-7450
Robert@goldmanlaw.com

*/s/ Robert E. Goldman*

Robert E. Goldman
Florida Bar No. 740799

*Attorney for Defendant MCH*

Dated: January 15, 2021